UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-1856 (AHA) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, | ) | |
| Defendant. | ) | |
| | ) | |

_____

**<u>JOINT STATUS REPORT</u>**

Plaintiff Judicial Watch, Inc., and Defendant the Department of Justice (the "Department") and its component, the Federal Bureau of Investigation ("FBI"), file this joint status report to apprise the Court of the progress in this suit brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action seeking records relating to communications of certain individuals (identified in the request) regarding 1) school board threats, and 2) meetings with U.S. Attorneys in accordance with an October 4, 2021, memorandum issued by Attorney General Merrick Garland. Compl. ¶ 5.

The FBI reports that the searches for potentially responsive records to Plaintiff's request are complete. The FBI has identified approximately 6,300 pages of potentially responsive information. Since the parties' last status report, the FBI received all records the were sent to consultation with other government agencies and began processing all the consult pages. The FBI made its first interim production in September 2025, with 503 pages reviewed and 409 pages released to Plaintiff. Due to the lapse in appropriations beginning October 1, 2025, the FBI was unable to make productions in October and November 2025. The FBI made a release on December

31, 2025, with 523 pages reviewed and 361 released. The FBI made its final release on January 30, 2026, reviewing 393 pages and releasing 353 pages.

Thus, the parties propose that they file a status report by May 29, 2026, appraising the Court of whether any outstanding issues remain.

Dated: March 31, 2026                      Respectfully submitted,

                                           /s/ Meredith Di Liberto
                                           MEREDITH DI LIBERTO
                                           D.C. Bar No. 487733
                                           Judicial Watch, Inc.
                                           425 Third St., SW, Suite 800
                                           Washington, DC 20024
                                           (202) 646-5172
                                           mdiliberto@judicialwatch.org

                                           *Counsel for Plaintiff*


                                           JEANINE FERRIS PIRRO
                                           United States Attorney

                                           /s/ Brenda González Horowitz
                                           BRENDA GONZÁLEZ HOROWITZ
                                           Assistant United States Attorney
                                           601 D Street, NW
                                           Washington, DC 20530
                                           (202) 252-2512
                                           Brenda.gonzalez.horowitz@usdoj.gov

                                           *Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,              )<br><br>        Plaintiff,         )<br><br>v.                           )<br><br>UNITED STATES DEPARTMENT   )<br>OF JUSTICE,                 )<br>        Defendant.     )| Civil Action No. 23-1856 (AHA) |

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby ORDERED that the

parties shall file a joint status report on or before May 29, 2026.

SO ORDERED.

_____                      _____
Dated                                       AMIR H. ALI
                                            United States District Judge